1  Christian De Olivas
   CalBarNo. 249608
2  De Olivas Law Firm, APLC
   200 N. Bradford Ave., Suite L
3  Placentia, CA 92870
   Telephone: (714) 646-3314
4  Facsimile:  (714) 646-3721

FILED
JAN 1 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )  Case No: 307-MJ-02939-WMC1
                                     )
         Plaintiff,                  )  **SUBSTITUTION OF ATTORNEY**
                                     )
   vs.                               )
                                     )
Jaime Alfonso Zebada-Rodriguez       )
_____,       )
                                     )
         Defendant                   )

Jaime Alfonso Zebada-Rodriguez _____ hereby substitutes attorney CHRISTIAN DE OLIVAS, from the DE OLIVAS LAW FIRM, APLC, located at 200 N. Bradford Avenue, Suite L, Placentia, CA 92870, with telephone number, (714) 646-3314, as attorney of record in place and stead of attorney, Mahir Twefik Sheriff _____.

DATED: 1/6/08                        _____
                                     DEFENDANT
                                     JAIME ALFONSO ZEVADAR

I consent to the above substitution.

DATED: 1/10/08                       _____ (MSC: T-Sheriff)
                                     PRESENT ATTORNEY

307-MJ-02939-WMC1

1

1  //

2  I am duly admitted to practice in this district.

3  I accept the above substitution.

4

5  DATED: 01/10/08 _____

6  NEW ATTORNEY

7

8  Please check one: __✓__ RETAINED, or _____ APPOINTED BY THE

9  COURT.

10

11 DATED:                           APPROVED:

12 1/10/08                          _____

13                                  UNITED STATES DISTRICT COURT MAGISTRATE

2

307-MJ-02939-WMC