JAN 1 7 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0149-BTM |
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| JAIME ALFONSO ZEVADA-RODRIGUEZ, | ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); |
| Defendant. | ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about _Dec. 19, 2007_, within the Southern District of California, defendant JAIME ALFONSO ZEVADA-RODRIGUEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

WMC:es:San Diego
1/7/08

|   |   |
|---|---|
| 1 | <u>Count 2</u> |
| 2 | On or about ___Dec. 19, 2007___, within the Southern |
| 3 | District of California, defendant JAIME ALFONSO ZEVADA-RODRIGUEZ, |
| 4 | being an alien, unlawfully entered or attempted to enter the United |
| 5 | States at a time and place other than as designated by immigration |
| 6 | officers, and eluded examination and inspection by immigration |
| 7 | officers, and attempted to enter or obtained entry to the United |
| 8 | States by a willfully false or misleading representation or the |
| 9 | willful concealment of a material fact and previously committed the |
| 10 | offense of illegal entry, as alleged in Count 1; all in violation |
| 11 | of Title 8, United States Code, Section 1325, a felony. |
| 12 | <u>Count 3</u> |
| 13 | On or about December 19, 2007, within the Southern District of |
| 14 | California, defendant JAIME ALFONSO ZEVADA-RODRIGUEZ, being an |
| 15 | alien, unlawfully entered or attempted to enter the United States |
| 16 | at a time and place other than as designated by immigration |
| 17 | officers, and eluded examination and inspection by immigration |
| 18 | officers, and attempted to enter or obtained entry to the United |
| 19 | States by a willfully false or misleading representation or the |
| 20 | willful concealment of a material fact and previously committed the |
| 21 | offense of illegal entry, as alleged in Count 1; all in violation |
| 22 | of Title 8, United States Code, Section 1325, a felony. |
| 23 | DATED: ___January 17, 2008___. |
| 24 | KAREN P. HEWITT |
| 25 | United States Attorney |
| 26 | |
| 27 | W. MARK CONOVER |
|    | Assistant U.S. Attorney |
| 28 | |