UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 MAR -3 AM 10: 36

FILED
2008 FEB 29 AM 11: 43
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY   BY _____ DEPUTY

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JAIME ALFONSO ZEVADA-RODRIGUEZ,

        Defendant.

CASE NO. 08CR0149-BTM

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

____ of the offense(s) of:

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: February 27, 2008

NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

I have executed within Judgment of dismissal ~~Judgement and Commitment~~ on 2/29/08

ENTERED ON _____

United States Marshal

By: _____
USMS Criminal Section